■ Timothy D. Gay, Appellant, v Maria Gay, Respondent. (Appeal No. 2.) [987 NYS2d 288]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered October 3, 2012 in a divorce action. The order, among other things, denied plaintiff's motion for leave to renew and/or reargue.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Gay v Gay* ([appeal No. 1] 118 AD3d 1331 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ Timothy D. Gay, Appellant, v Maria Gay, Respondent. (Appeal No. 3.) [987 NYS2d 287]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered November 16, 2012 in a divorce action. The order, among other things, directed plaintiff to cooperate with defendant in obtaining life insurance on the plaintiff's life.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Gay v Gay* ([appeal No. 1] 118 AD3d 1331 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.